# United States Court of Appeals for the Federal Circuit

---

May 5, 2014

**ERRATA**

---

Appeal No. 2013-1438

**BRAINTREE LABORATORIES, INC.,**

**v.**

**NOVEL LABORATORIES, INC.**

Decided: April 22, 2014
Precedential Opinion

---

Please make the following change in the majority opinion:

Page 8, line 5, after "extension request does" insert --not--.


Please make the following change in Judge Moore's dissenting opinion:

Page 1, first paragraph, lines 8-9, after "accused composition has" insert --not--.